UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **10-60210-CIV-MORENO**

AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY,

    Plaintiff,

vs.

AMERICAN ALTERNATIVE INSURANCE CORPORATION AND REPUBLIC SERVICES, INC.,

    Defendant.

_____/

## ORDER GRANTING MOTION FOR LIMITED APPEARANCE

THIS CAUSE came before the Court upon the Motion for Limited Appearance (**D.E. No. 19**), filed on **May 17, 2010**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED. Attorney Mr. Robert J. Bates, Esq. is admitted *pro hac vice* to practice before this Court on the above styled case. The Clerk of the Court shall provide electronic notice of all filings on this docket to Mr. Bates at the following email address: rbates@batescarey.com.

DONE AND ORDERED in Chambers at Miami, Florida, this 3rd day of June, 2010.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record