UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 10-60210-CIV-MORENO

AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY,

    Plaintiff,

vs.

AMERICAN ALTERNATIVE INSURANCE CORPORATION AND REPUBLIC SERVICES, INC.,

    Defendants.
_____/

## ORDER GRANTING MOTION FOR LIMITED APPEARANCE

THIS CAUSE came before the Court upon the Motion for Limited Appearance (**D.E. No. 31**), filed on **June 24, 2010**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED. Attorney Mr. Thomas A. Marrinson, Esq., is admitted *pro hac vice* to practice before this Court on the above styled case. The Clerk of the Court shall provide electronic notice of all filings on this docket to Mr. Thomas A. Marrinson at the following email address: tmarrinson@reedsmith.com

DONE AND ORDERED in Chambers at Miami, Florida, this 30th day of June, 2010.

FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record